**Exhibit A to the Complaint**

**Location:** Conshohocken, PA  **IP Address:** 96.245.100.237
**Total Works Infringed:** 45  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/23/2018 21:46:53 | 03/21/2018 | 04/07/2018 | PA0002091520 |
| 2 | 01212E74E57C63FF903ADAD51C04FBF063E33E8B | Tushy | 11/08/2017 11:54:43 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 3 | 016F6C27F32B3FEF8F6ACF9E49244F5B7E161681 | Vixen | 08/07/2017 22:44:12 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 4 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/12/2017 21:03:40 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 5 | 087EF423771F0F9D07D9B054B63A2AE0E4670A2E | Blacked | 08/14/2017 21:34:55 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 6 | 0C8E5B2F00F186A0D69B2B194D0D412BD970F59E | Blacked | 10/14/2017 15:50:15 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 7 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 08/08/2017 22:16:11 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 8 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/05/2017 16:38:19 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 9 | 18135D88BEC36E1612EAF5C52538872EC4CE5E7B | Vixen | 06/04/2017 05:25:40 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 10 | 1D11D596F952BBCE4911DB2A52D383D7EA56F774 | Vixen | 07/14/2017 02:01:31 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 11 | 24D6E127081B069994E81CA544B8FF3E3A0A33D3 | Tushy | 05/17/2017 15:24:02 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 12 | 28225AF853782F65B439EAA552B8B7931110A2B4 | Blacked | 07/24/2017 21:02:41 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 13 | 28B3D957F56B6E9EF0055E68DA314C0E0D743E85 | Tushy | 12/27/2017 22:14:10 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 14 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/22/2018 15:07:58 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 15 | 29F78AD038FF8EAFF9AE0EC576B0A0944757F27B | Vixen | 05/04/2017 21:45:18 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 16 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 01/15/2018 13:27:23 | 01/11/2018 | 01/18/2018 | 16215970391 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 18:38:07 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 18 | 361BC7615E412BB933EC7B5455CC333B7D6AAFCE | Blacked | 11/22/2017 19:55:07 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 19 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 02/05/2018 22:25:52 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 20 | 3E97BA63DC43E5E5C8F673ACD2A36D13532136EA | Blacked | 01/10/2018 22:28:25 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 21 | 408577469D1675504E89F205C619738007D08DD9 | Blacked | 06/09/2017 22:34:36 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 22 | 465B97844F58BAC721540FAA548AE446E61B9E63 | Tushy | 10/05/2017 16:36:02 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 23 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/14/2017 21:40:50 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 24 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/28/2017 20:50:53 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 25 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 01:41:55 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 26 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/07/2017 03:19:24 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 27 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/19/2017 20:07:26 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 28 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 05/17/2017 15:24:54 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 29 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/22/2017 20:02:57 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 30 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/13/2017 14:37:11 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 31 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 19:38:46 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 32 | A166E2A1077E24E0827DDE108626335305417B06 | Tushy | 10/14/2017 15:54:32 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 33 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/07/2017 22:37:05 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 34 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/04/2017 05:39:10 | 05/30/2017 | 06/22/2017 | PA0002039295 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/22/2017 19:55:30 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 36 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 10/24/2017 22:36:47 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 37 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/01/2018 23:20:07 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 38 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/26/2017 19:39:05 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 39 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/17/2017 15:25:05 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 40 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/22/2017 20:06:00 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 41 | D3DCABAAF1108B5A42CC6D4E803F18C310E42C8A | Tushy | 06/27/2017 22:42:29 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 42 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 01/22/2018 15:06:33 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 43 | E94776FBF1B10CC73B389F9B988A63B079E5E262 | Tushy | 06/06/2017 10:29:46 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 44 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/01/2017 13:32:15 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 45 | F7BFCBDABDAF0C86DED3B8342C873B5CB452116F | Tushy | 10/19/2017 18:56:49 | 10/18/2017 | 11/15/2017 | 16016503463 |